# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID L. BROWN, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF KATHRYN A. BROWN, DECEASED, | : No. 292 WAL 2021 |
| v. | : Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| CITY OF OIL CITY | : |
| v. | : |
| FRED L. BURNS, INC. | : |
| v. | : |
| SCOTT AMSDELL, INDIVIDUALLY, AND MACON, INC., AND HAROLD BEST, INDIVIDUALLY, AND STRUXURES, LLC | : |
| PETITION OF:  HAROLD BEST, INDIVIDUALLY, STRUXURES, LLC, AND FRED L. BURNS, INC. | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

(1)     Whether an out-of-possession contractor cannot be subject to liability under Section 385 of the Restatement of Torts for injuries to third-parties where the dangerous condition of the structure erected by the contractor is well-known to the possessor of land?

Justice Brobson did not participate in the consideration or decision of this matter.